Carl Wolf, appellee, v. George Schmitt, appellant.

Opinion filed December 26, 1933. Rehearing denied February 26, 1934.

M. R. Sullivan, for appellant. Harry Faulkner, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

W. W. Boyne et al., plaintiffs in error, v. Jerome Munie, defendant in error.

Opinion filed December 26, 1933.

R. V. Gustin, for plaintiffs in error. Otto Kerner, Attorney General, for defendant in error; J. J. Neiger, Assistant Attorney General, and Louis P. Zerweck, State's Attorney, of counsel.

Mr. Justice Stone delivered the opinion of the court.

Schroeppel Undertaking Company, Inc., appellant, v. John Hoffman, appellee.

Opinion filed December 26, 1933.

John W. Freels, for appellant; Ropiequet & Freels, of counsel. Kramer, Campbell, Costello & Wiechert and John C. Roberts, for appellee.

Mr. Justice Stone delivered the opinion of the court.

Iva Ragland, defendant in error, v. A. T. Ragland, plaintiff in error.

February 28, 1934.

J. E. Carr, for plaintiff in error. Frank E. Trobaugh, for defendant in error.

Mr. Justice Stone delivered the opinion of the court.